JAMES Y. PAK (SBN 304563)
james.pak@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

MICHAEL W. MCTIGUE JR. (*pro hac vice*)
michael.mctigue@skadden.com
MEREDITH C. SLAWE (*pro hac vice*)
meredith.slawe@skadden.com
ANDREW D. QUINN (*pro hac vice*)
andrew.quinn@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Defendant
NBA Properties, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMES WHALEN and VICTOR FUENTES, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NBA PROPERTIES, INC.,<br><br>Defendant. | CASE NO.: 4:25-cv-01030-CRB<br><br>**DEFENDANT NBA PROPERTIES, INC.'S DECLARATION OF KENNETH EBANYAT IN SUPPORT OF ITS (1) MOTION TO TRANSFER VENUE AND (2) MOTION TO COMPEL INDIVIDUAL ARBITRATION** |

**DECLARATION OF KENNETH EBANYAT**

I, Kenneth Ebanyat, declare and state as follows:

1. I am over the age of 18 and not a party to this action. I submit this declaration in support of Defendant NBA Properties, Inc.'s ("NBA") Motion to Transfer Venue and Motion to Compel Arbitration. I make this declaration based on my own personal knowledge, and based on a review of the NBA's documents and business records and consultation with authorized NBA personnel. If called upon to do so, I could and would testify competently thereto.

2. I am Kenneth Ebanyat, Payments Lead and Senior Staff Business Analyst for the NBA's Direct to Consumer Products. I am responsible for all aspects of NBA League Pass payment processes and anti-fraud strategy, ensuring seamless transactions, optimizing payment success rates, and reducing friction for our subscribers. I am familiar with user-facing email interactions and in-app notifications for League Pass. I am also familiar with the processes by which users create accounts with the NBA and subscribe to League Pass, including the presentation of the NBA League Pass Subscriber Agreement, NBA.com Terms of Use, and NBA.com Privacy Policy. I am also familiar with card scheme rules and regulations, billing policies, digital receipts, and PCI compliance.

***League Pass***

3. League Pass is the NBA's direct-to-consumer product that has been offered as a paid subscription for decades.

4. As of November 28, 2022, and to the present, League Pass grants subscribers access to streams of live NBA games, including out-of-market games that would not otherwise be available to certain users in certain regions. League Pass subscribers can also stream previously recorded games on-demand, in full or in a condensed format, and can access additional content, such as news, analysis, and highlights. Access to League Pass can be purchased as a monthly subscription, with payments due each month, or as a season pass with a single payment that grants access for the duration of a season. There are two primary League Pass subscriptions available: (1) League Pass and (2) League Pass Premium. League Pass Premium is priced higher than the base League Pass package, and grants League Pass Premium subscribers additional benefits, such as being able to

stream on more than one device concurrently. Unless otherwise specified herein, reference to League Pass includes both League Pass and League Pass Premium.

5. Subscribers can access and stream League Pass content using (1) the NBA's website at NBA.com, (2) the "NBA: Live Games & Stores" mobile device application available to subscribers on the Google Play Store for Android users and Apple App Store for iOS users ("NBA App"), and (3) smart TVs (televisions with internet access).

***League Pass Subscriber Agreement and NBA.com Terms of Use***

6. As of November 28, 2022, and to the present, users who wish to purchase a subscription to League Pass must first create NBA accounts and log into those NBA accounts.

7. As of November 28, 2022 and October 28, 2023, after logging into their NBA accounts, users that choose to purchase a League Pass are presented with a "Billing Info" page that asks for a method of payment, and if a credit or debit card is chosen as their method of payment, to enter their credit or debit card information. A true and correct copy of the "Billing Info" page that would have been presented to users is attached hereto as Exhibit 1. Underneath the method of payment fields is an "Order Summary" box that lists the subtotal for the subscription selected, prominently informs users of the following, and requires users to click "Agree and Subscribe" before completing their transactions:

> By clicking "Subscribe" you acknowledge that you have read and agree to the Subscriber Agreement. You also understand that after any promotional period (if applicable), your subscription will automatically renew at the end of each billing cycle. A monthly subscription will renew each month, a season-long subscription will renew the month prior to the following season, and annually thereafter at the latest subscription rates. You will be charged the total amount due per applicable billing cycle unless you cancel. Cancel your subscription at any time before the end of the billing cycle to avoid future charges through your My Account page or by contacting Customer Service. Cancellations are effective at the end of the billing cycle. NBA does not provide refunds for partial months or seasons.

8. The "Billing Info" page shown in Exhibit 1 is the same for users purchasing League Pass through a browser on both (1) a laptop computer or tablet and (2) a smartphone device.

9. The terms "Subscriber Agreement," "My Account," and "Customer Service" are all underlined and hyperlinked, as displayed in Figure 1.

*Figure 1: Order Summary Box Presenting Subscriber Agreement*




10. As of November 28, 2022, and until June 2023, the "Subscriber Agreement" link above was linked to https://www.nba.com/subscriberagreement, which contained the Subscriber Agreement for NBA League Pass and NBA TV, dated September 12, 2022 (the "2022 Subscriber Agreement"). A true and correct copy of the 2022 Subscriber Agreement is attached hereto as Exhibit 2.

11. The 2022 Subscriber Agreement provided users with notice that "We may change the Terms and/or the Privacy Policy from time to time."

12. The 2022 Subscriber Agreement also expressly incorporated by reference, and provided prominent links to, the NBA.com Terms of Use, dated June 28, 2021 (the "2021 Terms of Use"). A true and correct copy of the 2021 Terms of Use is attached hereto as Exhibit 3

13. Specifically, the 2022 Subscriber Agreement contained two hyperlinks, shown in blue and underlined text, to the 2021 Terms of Use and the NBA.com Privacy Policy, and stated, in relevant part, the following:

> THIS SUBSCRIBER AGREEMENT ("Agreement" OR "Subscriber Agreement"), ALONG WITH THE DOCUMENTS REFERENCED HEREIN, GOVERNS YOUR USE OF AND ACCESS TO EACH SERVICE. THIS SUBSCRIBER AGREEMENT IS A LEGAL AGREEMENT BETWEEN YOU AND US. BY ACCESSING A SERVICE, YOU AGREE

> TO BE BOUND BY THIS SUBSCRIBER AGREEMENT AND THE DOCUMENTS REFERRED TO HEREIN, INCLUDING, BUT NOT LIMITED TO, THE SITE TERMS OF USE AND THE NBA.COM NETWORK PRIVACY POLICY. IF YOU DO NOT ACCEPT THIS SUBSCRIBER AGREEMENT, DO NOT PROCEED TO ACCESS ANY SERVICE AND YOU ARE NOT AUTHORIZED TO USE ANY SERVICE
>
> . . .
>
> **PRIVACY POLICY AND SITE TERMS OF USE**
>
> You agree to the Site Terms of Use (the "Terms"), posted at https://nba.com/termsofuse and the NBA.com Network Privacy Policy ("Privacy Policy"), posted at https://nba.com/privacy-policy. We may change the Terms and/or the Privacy Policy from time to time. To the extent of any conflict between the terms or conditions of this Agreement and the terms or conditions of the Terms and/or Privacy Policy, the terms and conditions of this Agreement will govern. **Without limiting the generality of the foregoing, you acknowledge that you have read and agree to the Terms and the Privacy Policy, and you understand that your subscription and your use of the Service is subject to the Privacy Policy and the Terms, including, without limitation, the Terms' clauses titled "DISCLAIMER OF WARRANTIES AND DAMAGES; LIMITATION OF LIABILITY", "AGREEMENT TO ARBITRATE", and "CLASS ACTION WAIVER"**.

(Ex. 2 at 1-2.)

14. The https://nba.com/termsofuse link at all relevant times led to the then-current NBA.com Terms of Use.

**<u>The February 20, 2023 Updated NBA.com Terms of Use</u>**

15. The 2021 Terms of Use provided users and subscribers with notice that "These Terms of Use may be amended or modified, or new conditions may be imposed, at any time. Any such changes or additions will be reflected by an update of this posting. Please check these Terms of Use periodically for changes. Your continued use of the Site following the posting of changes to these terms (including the Privacy Policy) will mean you accept those changes and that such changes shall apply to Your use of the Site after such changes have been posted." (Ex. 3 at 2.)

16. On February 20, 2023, the NBA updated the NBA.com Terms of Use and posted the updated Terms of Use at the following link, https://www.nba.com/termsofuse (the "2023 Terms of Use"). A true and correct copy of the 2023 Terms of Use are attached hereto as <u>Exhibit 4</u>.

17. Between February 22 and 23, 2023, the NBA provided direct email notice to all current and former NBA.com account holders, and all current and former League Pass subscribers, notifying them that the NBA.com Terms of Use had been updated, including with respect to the dispute resolution provisions. The subject line for the email stated "Updates to Our Terms of Use."

The body of the email stated the following, and contained a hyperlink, shown in blue and underlined text, to the 2023 Terms of Use:

> We've Updated Our Terms of Use.
>
> Because we value you as a fan, we want you to know that we've made updates to our Terms of Use, including information about procedures for resolving disputes with us. The updated Terms of Use apply to:
>
> The NBA, our affiliate leagues, including the G League, 2K League, and Basketball Africa League, and associated teams, along with our websites and mobile apps.
>
> We encourage you to review all of the updated terms that apply to you.
>
> Your continued use of our websites and mobile apps is your agreement to these updated terms and policies. If you have questions, please contact us at TermsofUse@nba.com.
> Thank you for being a fan of the NBA.

18. A true and correct copy of the February 22 and 23, 2023, email providing notice of the 2023 Terms of Use to all current and former NBA.com account holders, and all current and former League Pass subscribers, is shown below in Figure 2.

***Figure 2: February 22 and 23, 2023 Notice Email***



**From:** NBA <NBA@email.nba.com>
**Reply-To:** noreply@nba.com
**Subject:** Updates to Our Terms of Use

We've Updated Our Terms of Use.

Because we value you as a fan, we want you to know that we've made updates to our Terms of Use, including information about procedures for resolving disputes with us. The updated Terms of Use apply to:

- The NBA, our affiliate leagues, including the G League, 2K League, and Basketball Africa League, and associated teams, along with our websites and mobile apps.

We encourage you to review all of the updated terms that apply to you.

Your continued use of our websites and mobile apps is your agreement to these updated terms and policies. If you have questions, please contact us at TermsofUse@nba.com.

Thank you for being a fan of the NBA.

**<u>The June 2023 Updated Subscriber Agreement</u>**

19. In June 2023, the NBA updated the Subscriber Agreement for League Pass (the "2023 Subscriber Agreement") and posted it to its website at the following link, https://www.nba.com/subscriberagreement. A true and correct copy of the 2023 Subscriber Agreement is attached hereto as <u>Exhibit 5</u>.

20. The NBA also updated the hyperlink described above and shown in Figure 1 to lead to the 2023 Subscriber Agreement at this same webpage, https://www.nba.com/subscriberagreement.

21. The 2023 Subscriber Agreement expressly incorporated the 2023 NBA.com Terms of Use by reference. Specifically, the 2023 Subscriber Agreement prominently provided hyperlinks to the 2023 NBA.com Terms of Use and the dispute resolution provisions contained therein, as shown in blue text below, and stated, in relevant part, the following:

> THIS SUBSCRIBER AGREEMENT ("Agreement" OR "Subscriber Agreement"), ALONG WITH THE DOCUMENTS REFERENCED HEREIN, GOVERNS YOUR USE OF AND ACCESS TO EACH SERVICE. THIS SUBSCRIBER AGREEMENT IS A LEGAL AGREEMENT BETWEEN YOU AND US. BY ACCESSING A SERVICE, YOU AGREE TO BE BOUND BY THIS SUBSCRIBER AGREEMENT AND THE DOCUMENTS REFERRED TO HEREIN, INCLUDING, BUT NOT LIMITED TO, THE SITE TERMS OF USE AND THE NBA.COM NETWORK PRIVACY POLICY. IF YOU DO NOT ACCEPT THIS SUBSCRIBER AGREEMENT, DO NOT PROCEED TO ACCESS ANY SERVICE AND YOU ARE NOT AUTHORIZED TO USE ANY SERVICE.
>
> THIS SUBSCRIBER AGREEMENT INCORPORATES BY REFERENCE AN ARBITRATION AGREEMENT, A CLASS AND COLLECTIVE ACTION WAIVER, AND A JURY TRIAL WAIVER THAT AFFECT YOUR RIGHTS. IN ARBITRATION THERE IS NO JUDGE OR JURY AND THERE IS LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT. YOU HAVE AN OPPORTUNITY TO OPT OUT OF THE ARBITRATION AGREEMENT AS SET FORTH IN THE TERMS OF USE. PLEASE REVIEW THESE PROVISIONS CAREFULLY.
>
> . . .
>
> **PRIVACY POLICY AND SITE TERMS OF USE**
>
> You agree to the Site Terms of Use (the "Terms"), posted at https://nba.com/termsofuse and the NBA.com Network Privacy Policy ("Privacy Policy"), posted at https://nba.com/privacy-policy. We may change the Terms and/or the Privacy Policy from time to time. To the extent of any conflict between the terms or conditions of this Agreement and the terms or conditions of the Terms and/or Privacy Policy, the terms and conditions of this Agreement will govern. ***Without limiting the generality of the foregoing, you acknowledge that you have read and agree to the Terms and the Privacy Policy, and you understand that your subscription and your use of the Service is subject to the Privacy Policy and the Terms, including, without limitation, the Terms' clauses titled, "DISPUTE RESOLUTION; SMALL CLAIMS***

***COURT; AGREEMENT TO ARBITRATE*", "*CLASS ACTION WAIVER; JURY TRIAL WAIVER*", and "*DISCLAIMER OF WARRANTIES AND DAMAGES; LIMITATION OF LIABILITY*".**

**<u>Plaintiff James Whalen</u>**

22. I have reviewed the allegations in Plaintiffs' Class Action Complaint filed in this case, ECF No. 1.

23. I understand that Plaintiff James Whalen alleges that on or about October 2023, he (i) created an NBA account for the purpose of accessing League Pass Premium, (ii) subscribed to League Pass Premium, and (iii) downloaded the NBA App on his Apple iPhone.

24. The NBA's business records reflect that on October 28, 2023, Plaintiff Whalen logged into his NBA.com account and purchased a League Pass subscription on the NBA website using an internet browser. The NBA's business records reflect that on October 28, 2023, Plaintiff Whalen was presented with a "Billing Info" page that asks for a method of payment, and that he selected PayPal as a method of payment. Plaintiff Whalen was then prompted to take additional steps to complete his method of payment using PayPal. Once he had taken those additional steps, Plaintiff Whalen was presented with another "Billing Info" page again. Plaintiff Whalen was presented with the 2023 Subscriber Agreement on the "Billing Info" page shown in Exhibit 1 and in Figure 1, and affirmatively clicked "Agree and Subscribe."

25. The NBA's business records reflect that in the month after subscribing to League Pass on October 28, 2023, Plaintiff Whalen accessed League Pass content using a web browser on 14 different days (between October 30, 2023, to November 28, 2023).

26. The NBA's business records reflect that from October 2023 to at least February 2025, Plaintiff Whalen accessed content through his League Pass subscription.

27. The NBA's business records reflect that Plaintiff Whalen did not elect to opt out of the arbitration agreement contained in the 2023 Terms of Use, as he was permitted to do.

**<u>Plaintiff Victor Fuentes</u>**

28. I understand that Plaintiff Victor Fuentes alleges that on or about November 2022, he (i) created an NBA account for the purpose of accessing League Pass Premium, (ii) subscribed to League Pass Premium, and (iii) downloaded the NBA App on his Android mobile phone.

29. The NBA's business records reflect that on November 28, 2022, Plaintiff Fuentes logged in to an NBA.com account and purchased a League Pass subscription on the NBA website using an internet browser. The NBA's business records reflect that on November 28, 2022, Plaintiff Fuentes was presented with the 2022 Subscriber Agreement on the "Billing Info" page shown in Exhibit 1 and in Figure 1, and affirmatively clicked "Agree and Subscribe."

30. The NBA's records reflect that on February 23, 2023, Plaintiff Fuentes received an email notifying him of the updated 2023 NBA.com Terms of Use at the email address associated with his NBA account and League Pass.

31. The NBA's records reflect that in the month after receiving the email notifying Plaintiff Fuentes of the updated 2023 Terms of Use on February 23, 2023, Plaintiff Fuentes proceeded to access League Pass content from the NBA App on 15 different days (between February 23, 2023, and March 31, 2023).

32. The NBA's business records reflect that from February 2023 to at least December 2024, Plaintiff Fuentes continued to access content through his League Pass subscription.

33. The NBA's business records reflect that Plaintiff Fuentes did not elect to opt out of the arbitration agreement contained in the 2023 Terms of Use, as he was permitted to do.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2025, in St. Johns, FL.

[signature]

Kenneth Ebanyat