VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

JAMES Y. PAK (SBN 304563)
james.pak@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

MICHAEL W. MCTIGUE JR. (*pro hac vice*)
michael.mctigue@skadden.com
MEREDITH C. SLAWE (*pro hac vice*)
meredith.slawe@skadden.com
ANDREW D. QUINN (*pro hac vice*)
andrew.quinn@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Defendant
NBA Properties, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMES WHALEN and VICTOR FUENTES, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NBA PROPERTIES, INC.,<br><br>Defendants. | CASE NO.: 3:25-cv-01030-CRB<br><br>**DEFENDANT NBA PROPERTIES, INC.'S OBJECTION TO PLAINTIFFS' STATEMENT OF RECENT DECISION** |

Defendant NBA Properties, Inc. ("NBA") objects to Plaintiffs' Statement of Recent Decision (ECF No. 35, the "Notice") citing *Dawson v. Target Corp.*, Case No. 3:24-CV-08167-AMO, 2025 WL 1651940 (N.D. Cal. June 11, 2025) as purportedly relevant authority. Plaintiffs' Notice violates Local Civil Rule 7-3(d)(2), which provides that any statement of recent decision must be filed "without argument." Whereas Local Civil Rule 7-3(d)(2) directs parties to include only "a citation to" and a "copy of" the opinion at issue, Plaintiffs included two screenshots in their Notice—that were not in the court's opinion—and wrongly argue that the notice depicted in those screenshots was "too inconspicuous to confer reasonable notice" and "particularly problematic . . . because they lack a contrasting color and are in the same black text as the majority of the text on the screens." 2025 WL 1651940, at *3. Even if the Court were to consider Plaintiff' improper argument, *Dawson* is inapposite. In *Dawson*, before assessing whether reasonable notice was provided, the court concluded that the defendants did not provide "any admissible evidence demonstrating the actual screens Plaintiff [] would have seen at account creation, sign-in, or check-out." *Dawson*, 2025 WL 1651940, at *3. On that basis alone, the court denied the motion to compel arbitration. *Id*. Any subsequent finding the court made regarding notice was therefore not necessary for the disposition of defendants' motion. Moreover, the court's analysis of reasonable notice was not limited to the color of the relevant text, but also took into account (among other things) the fact that the checkout flow spatially decoupled the hyperlinked terms from the relevant buttons. In any event, Plaintiffs' suggestion that the fact the hyperlinks in *Dawson* were not blue was dispositive is contrary to Ninth Circuit precedent and the myriad of cases holding otherwise. *See* NBA Reply (ECF No. 33 at 3-4, 10-11).

DATED: July 8, 2025

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ *Virginia F. Milstead*
Virginia F. Milstead

VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

JAMES Y. PAK (SBN 304563)
james.pak@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

MICHAEL W. McTIGUE JR. (*pro hac vice*)
michael.mctigue@skadden.com
MEREDITH C. SLAWE (*pro hac vice*)
meredith.slawe@skadden.com
ANDREW D. QUINN (*pro hac vice*)
andrew.quinn@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Defendant,
NBA Properties, Inc.