UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAMES WHALEN, et al.,

                Plaintiffs,                25-CV-06125 (JAV)

    -v-                                            ORDER

NBA PROPERTIES, INC.,

                Defendant.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On August 27, 2025, the parties submitted a joint status letter.  ECF No. 48.  In the joint letter, Plaintiffs requested leave to file a supplemental letter brief regarding the issue of the enforceability of the arbitration clause, in response to Defendant's pending motion to compel arbitration.  *Id.*

      Plaintiffs are permitted to submit a supplemental letter brief of up to 4 pages, single-spaced, on the issue of the enforceability of the arbitration procedures by September 19, 2025.  Defendant shall submit a responsive letter, if any, of up to 4 pages by September 26, 2025.

      SO ORDERED.

Dated: September 3, 2025
       New York, New York

                                                                   JEANNETTE A. VARGAS
                                                                    United States District Judge