## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001-8602

———

TEL: (212) 735-3000

FAX: (212) 735-2000

WWW.SKADDEN.COM

DIRECT DIAL
(212) 735-3529
DIRECT FAX
(212) 777-3529
EMAIL ADDRESS
MICHAEL.MCTIGUE@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

March 13, 2026

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

Re:      *Whalen et al. v. NBA Properties, Inc.*, No. 1:25-cv-06125-JAV

Dear Judge Vargas:

We represent Defendant NBA Properties, Inc. in the above-referenced action. We submit this joint status report with the consent of counsel for Plaintiffs James Whalen and Victor Fuentes pursuant to the Court's Order dated October 28, 2025 (ECF No. 52). The parties respectfully inform the Court that Plaintiffs have not filed their claims in arbitration, and there otherwise have been no material developments in the action.

Respectfully submitted,

Michael W. McTigue Jr.

cc:      All counsel of record (by ECF)